**2016–1722.   State v. James.**
Hancock App. No. 5–16–14, 2016-Ohio-7262.
   FISCHER, J., dissents.

**2016–1726.   State v. Quinones.**
Cuyahoga App. No. 104016, 2016-Ohio-7225.

**2016–1727.   State v. Salinas.**
Defiance App. No. 4–15–21, 2016-Ohio-7171.
   O'CONNOR, C.J., dissents.

**2016–1728.   State v. Brown.**
Cuyahoga App. No. 103491, 2016-Ohio-7221.

**2016–1739.   Mozingo v. 2007 Gaslight Ohio, L.L.C.**
Summit App. No. 27759, 2016-Ohio-4828.

**2016–1740.   State v. Coleman.**
Lucas App. No. L–15–1056, 2016-Ohio-7335.

**2016–1743.   In re Application for Sealing of Records of A.J.**
Franklin App. No. 15AP–974, 2016-Ohio-5495.
   KENNEDY, FRENCH, and DEWINE, JJ., dissent.

**2016–1750.   State v. Anderson.**
Franklin App. No. 15AP–924, 2016-Ohio-7269.

**2016–1757.   Lavelle v. Henderson.**
Summit App. No. 27921, 2016-Ohio-5313.
   FISCHER, J., dissents.

**2016–1761.   State v. Meeks.**
Stark App. No. 2016CA00050, 2016-Ohio-7517.

**2016–1772.   State v. Bell.**
Clermont App. No. CA2015–10–077.
   O'NEILL, J., dissents.

**2016–1777.   State v. K.W.**
Warren App. No. CA2016–01–004, 2016-Ohio-7365.

**2016–1778.   Grimmer v. Shirilla.**
Cuyahoga App. No. 103921, 2016-Ohio-5423.

**2016–1780.   Polen v. Heaston.**
Tuscarawas App. No. 2016AP020011, 2016-Ohio-7508.

**2016–1781.   State v. Durham.**
Cuyahoga App. Nos. 103352 and 103382, 2016-Ohio-7394.

**2016–1782.   Williams v. Minute Men Select, Inc.**
Tuscarawas App. Nos. 2016 AP 03 0016 and 2016 AP 04 0020. Appellant's motion to consolidate denied as moot.

**2016–1788.   State v. Romine.**
Pickaway App. No. 16CA1, 2016-Ohio-5308.

**2016–1790.   Countrywide Home Loans Servicing, L.P. v. Davis.**
Huron App. No. H–15–009, 2016-Ohio-7421.

**2016–1792.   Jackson v. Friedlander.**
Stark App. No. 2016CA00053, 2016-Ohio-7503.
   O'NEILL and DEWINE, JJ., dissent.